**98–2301. State v. Gowdy.**

Hamilton App. No. C–970359.

Lundberg Stratton, J., would allow on Proposition of Law No. III only.

F.E. Sweeney and Cook, JJ., dissent.